In the Matter of the Petition of ELLA CANALE, Respondent, for an Inspection of the Books and Records of BLYTHBOURNE RAINBOW LAUNDRY, INC., Appellant.— Motion for stay denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Petition of GRACE NETHERCOTT, as Administratrix, etc., of HENRY JAMES NETHERCOTT, Deceased, for the Delivery of Property Withheld. — Motion to resettle order denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of THOMAS M. QUINN, as Administrator, etc., of AUGUSTINE GEDRATH, etc., Deceased, for Leave to Sell the Real Property of Said Deceased to Satisfy the Claims of Creditors.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of the Application of THOMAS M. QUINN, as Administrator, etc., of ALBERTINE KESPOHL, etc., Deceased, for Leave to Sell the Real Property of Said Deceased to Satisfy the Claims of Creditors.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

In the Matter of SAMUEL RABINOWITZ, an Attorney.— Motion to confirm report of official referee granted. The proofs submitted upon the hearing show conclusively, and in fact without dispute, that the respondent was guilty of grave acts of unprofessional conduct in that he misappropriated moneys belonging to clients. No effort has been made by him to restore any of the moneys so intrusted to him in his professional capacity. Being clearly guilty of the acts of misconduct charged against him, the respondent is unfit to remain a member of the bar. He is, accordingly, disbarred and his name ordered stricken from the roll of attorneys and counselors at law of this State.

IRMANAT REALTY CORPORATION, Respondent, v. MAY EDNA CREAMER and FRANK D. CREAMER, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

FREDERICK LOSCHE, Respondent, v. JULES HURTIG, JOSEPH HURTIG and HARRY J. SEAMON, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ALBERT NELSON, Appellant, v. CARL BERNARD OGILVIE, Respondent.— Motion for reargument denied, with ten dollars costs. Counsel for defendant, in his affidavit, has misquoted the memorandum of this court, made at the time this appeal was determined. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ROSE M. PALMER and Another, Appellants, v. ROTARY REALTY Co., INC., and Others, Respondents.— Motion to resettle order denied. Present — Kelly, P. J., Manning, Young and Hagarty, JJ.; Kapper, J., taking no part.

ARCHIBALD W. PARKIN, Respondent, v. THE UNITY PROTECTIVE INSURANCE ASSOCIATION, Appellant. (Action No. 2.) — Motion to restore appeal to calendar